IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PATRICK CLAUSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-00282-KD-N |
| | ) |
| WALTER MYERS, et al., | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED without prejudice**.

**DONE** this 18th day of August, 2009.

        **s/ Kristi K. DuBose**
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**